# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

1. **MICHAEL TRAMMELL,**

    **Plaintiff,**

v.

1. **ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY, a foreign for profit insurance corporation,**

    **Defendant.**

**Case No.** CIV-23-964-R

## COMPLAINT

### A. Parties

1. Plaintiff, Michael Trammell, is a citizen of the State of Oklahoma.

2. Defendant, Allstate Vehicle & Property Insurance Company, is a foreign for-profit insurance corporation, incorporated and organized under the laws of the State of Illinois.

3. The principal place of business for Defendant, Allstate Vehicle & Property Insurance Company, is in Northbrook, Illinois.

4. Defendant, Allstate Vehicle & Property Insurance Company, is licensed to conduct business in the State of Oklahoma and may be served with process through the Oklahoma Department of Insurance.

5. This action is not related to any other case filed in this Court.

## B. Jurisdiction

6. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is diversity between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

## C. Facts

7. At all times material hereto, Plaintiff, Michael Trammell, owned a home located at 16205 Bravado Place, in Edmond, Oklahoma, which was insured under the terms and conditions of an insurance policy, Policy No. 000815959507, issued by the Defendant, Allstate Vehicle & Property Insurance Company.

8. At all times material hereto, Plaintiff, Michael Trammell, complied with the terms and conditions of his insurance policy.

9. On or about April 19, 2023, Plaintiff's home and roofing system were damaged as a result of a wind/hail storm. These damages are covered pursuant to the terms and conditions of Plaintiff's insurance policy.

10. Hail/wind is a covered peril pursuant to the terms and conditions of Plaintiff's insurance policy.

## D. Count I: Breach of Contract

11. Plaintiff, Michael Trammell, hereby asserts, alleges and incorporates paragraphs 1-10 herein.

12. Plaintiff's insurance policy, Policy No. 000815959507, issued by Defendant, Allstate Vehicle & Property Insurance Company, was in effect on April 19, 2023.

13.     Subsequent to the April 19, 2023 storm, Plaintiff, Michael Trammell, timely submitted a claim to Defendant, Allstate Vehicle & Property Insurance Company, for the damages.

14.     The acts and omissions of Defendant, Allstate Vehicle & Property Insurance Company, in the investigation, evaluation, and denial of Plaintiff's claim were unreasonable and constitute a breach of contract for which contractual damages are hereby sought.  Defendant, Allstate Vehicle & Property Insurance Company, breached its contract with Plaintiff, Michael Trammell, by failing to conduct a reasonable investigation of Plaintiff's claim, by evaluating the results of its investigation unreasonably and by unreasonably failing and refusing to issue payment for Plaintiff's obviously wind/hail damaged home and roofing system. Defendant unreasonably and in bad faith failed to pay for covered damages to the Plaintiff's home, including the Plaintiff's obviously hail damaged roofing system.  Defendant conducted an improper and unreasonable claim investigation, evaluation, and adjustment which resulted in an unreasonable denial of coverage for Plaintiff's covered loss. Defendant, Allstate Vehicle & Property Insurance Company, improperly and unreasonably denied Plaintiff's claim without proper investigation. Defendant intentionally disregarded obvious hail damage to Plaintiff's roofing system and failed to consider and issue payment for the covered hail damage to Plaintiff's roofing system.

### E. Count II: Bad Faith

15.     Plaintiff, Michael Trammell, hereby asserts, alleges and incorporates paragraphs 1-

14 herein.

16.     The acts and omissions of Defendant, Allstate Vehicle & Property Insurance Company, in the investigation, evaluation, and denial of Plaintiff's claim were unreasonable and constitute a bad faith breach of contract for which extra-contractual damages are hereby sought.  Defendant, Allstate Vehicle & Property Insurance Company, acted in bad faith by failing to conduct a reasonable investigation of Plaintiff's claim, by evaluating the results of its investigation unreasonably and by unreasonably failing to issue payment for Plaintiff's obviously wind/hail damaged home and roofing system. Defendant unreasonably and in bad faith failed to pay for covered damages to the Plaintiff's home, including the Plaintiff's obviously hail damaged roofing system.  Defendant conducted an improper and unreasonable claim investigation, evaluation, and adjustment which resulted in an unreasonable denial of coverage for Plaintiff's covered loss. Defendant, Allstate Vehicle & Property Insurance Company, improperly and unreasonably denied Plaintiff's claim without proper investigation. Defendant intentionally disregarded obvious hail damage to Plaintiff's roofing system and failed to consider and issue payment for the covered hail damage to Plaintiff's roofing system.

## F. Punitive Damages

17.     Plaintiff, Michael Trammell, hereby asserts, alleges and incorporates paragraphs 1-16 herein.

18.     The unreasonable conduct of the Defendant, Allstate Vehicle & Property Insurance Company, in the handling of Plaintiff's claim was intentional, willful, wanton

and was committed with a reckless disregard for the rights of Plaintiff, Michael Trammell, for which punitive damages are hereby sought.

## G. Demand for Jury Trial

19. Plaintiff, Michael Trammell, hereby requests that the matters set forth herein be determined by a jury of his peers.

## H. Prayer

20. Having properly pled, Plaintiff, Michael Trammell, hereby seeks contractual, bad faith and punitive damages against the Defendant, Allstate Vehicle & Property Insurance Company, together in an amount in excess of $75,000.00; including costs, interest and attorney fees.

Respectfully submitted,

S/ *Michael D. McGrew*
Michael D. McGrew, OBA# 013167
Matthew M. McGrew, OBA# 32065
McGrew, McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, Oklahoma 73102
(405) 235-9909 Telephone
(405) 235-9929 Facsimile
office@mcgrew-law.com
matt@mcgrew-law.com
**ATTORNEYS FOR THE PLAINTIFFS**